# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> Vu Johnnie Nguyen <br> *Defendant* | Case No: 1:16-cr-00104-MR-DLH |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: September 19, 2016

X _____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Willis Smith Brantley
*Printed name of defendant's attorney (if any)*

_____
Dennis L. Howell
United States Magistrate Judge